IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIOUS TERRELL PEGUES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10cv830-WKW |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon the court's review of petitioner Demetrious Terrell Pegues' self-styled motion to vacate under 28 U.S.C. § 2255 (Doc. No. 1), which has been docketed as a § 2255 motion in the above-style action, the Clerk of this court is hereby DIRECTED to:

1. Docket Pegues's instant pleading and the attachments thereto (Doc. No. 1) as a supplement to Pegues's § 2255 motion in Case No. 2:10cv212-WKW.

2. Strike Pegues's instant pleading from Case No. 2:10cv830-WKW and close Case No. 2:10cv830-WKW.

Done, this 8th day of October, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE